**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

**CHAPTER 13 PLAN COVER SHEET**
*AMENDED 12/14/2012*

| | | | |
|---|---|---|---|
| Filing Date: | **1/17/2012** | Docket #: | **12-10332** |
| Debtor: | **William Cora** | Co-Debtor: | **Sharon V Cora** |
| SS#: | **xxx-xx-0711** | SS#: | **xxx-xx-4129** |
| Address: | **110 Hamilton Street** | Address: | **110 Hamilton Street** |
| | **Dorchester, MA 02125** | | **Dorchester, MA 02125** |

Debtor's Counsel:  **Dax Grantham**
Address:  **Grantham Cencarik, PC**
**271 Cambridge Street**
**Cambridge, MA 02141**

Telephone #:  **(617) 497-7141**
Facsimile #:  **(617) 497-7140**
Email Address:  **dbg@boston-legal.com**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE.  THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS.  THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341.  THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THE LATER OF (I) THIRTY (30) DAYS AFTER THE DATE ON WHICH THE FIRST § 341 MEETING IS HELD OR (II) THIRTY (30) DAYS AFTER SERVICE OF AN AMENDED OR MODIFIED PLAN, TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

**OFFICIAL LOCAL FORM 3**
**PRE-CONFIRMATION CHAPTER 13 PLAN**
*AMENDED 12/14/2012*

DEBTORS: (H) **William Cora**　　　　　　　Docket # **12-10332**
　　　　　　　　　　　　　　　　　　　　　SS # **xxx-xx-0711**
　　　　　(W) **Sharon V Cora**　　　　　　SS # **xxx-xx-4129**

I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of　　**Variable***　　for the term of:

*If variable payments are indicated, see Exhibit "B" - Variable Plan Payments for the monthly amounts.

☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

☐ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

☐ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:


or ☑　**59**　Months. The Debtor states as reasons therefore:

**This term is the amount of time needed to repay 100% of unsecured debt.**


II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Chase Manhattan Mortgage** | **Arrearage claim** | **$14,419.10** |
| **Citizens Bank** | **Arrearage claim** | **$2,878.14** |
| Total of secured claims to be paid through the Plan: | | **$17,297.24** |

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **Chase Manhattan Mortgage** | **Conventional Real Estate Mortgage** |
| **Citizens Bank** | **Credit Line Secured** |
| **Fidelity Investments** | **401kloan** |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amount of Claim to Be Paid Through Plan |
|---|---|---|
| Total of modified secured claims to be paid through the Plan: | | **$0.00** |

D. Leases:

　i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of

　ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of

　iii. The arrears under the lease to be paid under the plan are:

| Party | Amount to Be Paid Through Plan |
|---|---|

**Chapter 13 Plan**

Case No:    12-10332
Debtor(s):    **William Cora**
**Sharon V Cora**

III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total of Priority Claims to Be Paid Through the Plan:    **$0.00**

IV. ADMINISTRATIVE CLAIMS:

A. Attorneys Fees (to be paid through the plan):    **$1,436.55**

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a    **10%**    Trustee's commission.

V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of    **100.00%**    of their claims.

A. General unsecured claims:    **$165,070.26**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Dept Of Ed/sallie Mae** | **Educational** | **$8,548.00** |
| **Dept Of Ed/sallie Mae** | **Educational** | **$7,696.77** |

Total of Unsecured Claims (A + B + C):    **$181,315.03**

D. Multiply total by percentage:    **$181,315.91**
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total amount of separately classified claims payable at 100%:    **$0.00**

VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund plan:

B. Miscellaneous Provisions:

**Chapter 13 Plan**

Case No: **12-10332**
Debtor(s): **William Cora**
**Sharon V Cora**

VII. CALCULATION OF PLAN PAYMENT:

| | | |
|---|---|---:|
| a) | Secured claims (Section II-A Total): | **$17,297.24** |
| b) | Modified Secured Claims (Section II-C Total): | **$0.00** |
| c) | Lease arrears (Section II-D.iii. Total): | **$0.00** |
| d) | Priority claims (Section III-A & B Total): | **$0.00** |
| e) | Administrative claims (Section IV-A & B Total): | **$1,436.55** |
| f) | Regular unsecured claims (Section V-D Total): | **$181,315.91** |
| g) | Separately classified unsecured claims (Section V-E Total): | **$0.00** |
| h) | Total of a + b + c + d + e + f + g above: | **$200,049.70** |
| i) | Divide (h) by **0.90** for total including Trustee's fee: Cost of Plan = | **$222,277.44** |

(This represents the total amount to be paid into the Chapter 13 Plan.)

| | | |
|---|---|---:|
| j) | Divide (i), Cost of Plan, by Term of Plan, **59** months | **$3,767.41** |
| k) | Round up to nearest dollar: Monthly Plan Payment = | **$3,768.00** |

(Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. § 1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

**Chapter 13 Plan**

Case No.: **12-10332**
Debtor(s): **William Cora**
**Sharon V Cora**

VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| List Each Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **3 Family Home** | **$339,000.00** | **$385,610.82** |
| **Disney Timeshare** | **$30,000.00** | **$0.00** |
| | Total Net Equity for Real Property: | **$30,000.00** |
| | Less Total Exemptions (Schedule C): | **$8,400.00** |
| | Available Chapter 7: | **$21,600.00** |

B. Automobile:

| Describe year, make, model | Value | Lien | Exemption |
|---|---|---|---|
| **2002 Subaru Outback 78000 miles** | **$3,939.00** | **$0.00** | **$3,450.00** |
| **2003 Chevorlet Avalanche 100000 miles** | **$7,974.00** | **$0.00** | **$3,450.00** |
| | Total Net Equity: | | **$11,913.00** |
| | Less Total Exemptions (Schedule C): | | **$6,900.00** |
| | Available Chapter 7: | | **$5,013.00** |

C. All other Assets: (All remaining items on schedule B) : (Itemize as necessary)

| Description | Value | Lien | Exemption |
|---|---|---|---|
| **cash on hand** | **$25.00** | **$0.00** | **$25.00** |
| **Checking account** | **$20,000.00** | **$0.00** | **$15,525.00** |
| **household furnishings** | **$4,000.00** | **$0.00** | **$4,000.00** |
| **clothing** | **$700.00** | **$0.00** | **$700.00** |
| **Personal Jewlery** | **$3,000.00** | **$0.00** | **$2,900.00** |
| **Fidelity 401k plan through current employer** | **$142,187.80** | **$0.00** | **$142,187.80** |
| **Hewitt Associates 401k through current employer** | **$128,740.00** | **$0.00** | **$128,740.00** |
| **Harborvest Partners Pension** | **$46,862.85** | **$0.00** | **$46,862.85** |
| **Federal Income Tax Refund 2011** | **$11,830.00** | **$0.00** | **$0.00** |
| **State Income Tax Refund: 2011** | **$597.00** | **$0.00** | **$0.00** |
| **Life Insurance death benefit: $250,000** | **$0.00** | **$0.00** | **$0.00** |
| **Life Insurance $250,000 death benefit** | **$0.00** | **$0.00** | **$0.00** |
| **2 Dogs** | **$0.00** | **$0.00** | **$0.00** |
| **Horses 16 year old and 25 year old** | **$500.00** | **$0.00** | **$500.00** |
| **Horse Saddles & Supplies** | **$250.00** | **$0.00** | **$0.00** |
| | Total Net Value: | | **$358,692.65** |
| | Less Exemptions (Schedule C): | | **$341,440.65** |
| | Available Chapter 7: | | **$17,252.00** |

**Chapter 13 Plan**     Case No:   12-10332
Debtor(s):   **William Cora**
**Sharon V Cora**

D.  Summary of Liquidation Analysis (Total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:                                   **$43,865.00**

Additional Comments regarding Liquidation Analysis:


IX.  SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Dax Grantham**                                                                 **12/14/2012**
Debtor's Attorney                                                                     Date

Attorney's Address:     **Grantham Cencarik, PC**
**271 Cambridge Street**
**Cambridge, MA 02141**


Tel. #   **(617) 497-7141**
Email Address:     **dbg@boston-legal.com**

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

**/s/ William Cora**                                                                 **12/14/2012**
Debtor                                                                                Date

**/s/ Sharon V Cora**                                                                **12/14/2012**
Debtor                                                                                Date

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

IN RE:  **William Cora**                                    CASE NO  **12-10332**
**Sharon V Cora**
*Debtor(s)*                                                CHAPTER  **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| # | Month / Due Date | Payment | # | Month / Due Date | Payment | # | Month / Due Date | Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/01/2012 | $4,000.00 | 21 | 11/01/2013 | $4,000.00 | 41 | 07/01/2015 | $4,000.00 |
| 2 | 04/01/2012 | $4,000.00 | 22 | 12/01/2013 | $4,000.00 | 42 | 08/01/2015 | $4,000.00 |
| 3 | 05/01/2012 | $4,000.00 | 23 | 01/01/2014 | $4,000.00 | 43 | 09/01/2015 | $4,000.00 |
| 4 | 06/01/2012 | $4,000.00 | 24 | 02/01/2014 | $4,000.00 | 44 | 10/01/2015 | $4,000.00 |
| 5 | 07/01/2012 | $4,000.00 | 25 | 03/01/2014 | $4,000.00 | 45 | 11/01/2015 | $4,000.00 |
| 6 | 08/01/2012 | $4,000.00 | 26 | 04/01/2014 | $4,000.00 | 46 | 12/01/2015 | $4,000.00 |
| 7 | 09/01/2012 | $4,000.00 | 27 | 05/01/2014 | $4,000.00 | 47 | 01/01/2016 | $4,000.00 |
| 8 | 10/01/2012 |  | 28 | 06/01/2014 | $4,000.00 | 48 | 02/01/2016 | $4,000.00 |
| 9 | 11/01/2012 |  | 29 | 07/01/2014 | $4,000.00 | 49 | 03/01/2016 | $4,000.00 |
| 10 | 12/01/2012 |  | 30 | 08/01/2014 | $4,000.00 | 50 | 04/01/2016 | $4,000.00 |
| 11 | 01/01/2013 | $4,000.00 | 31 | 09/01/2014 | $4,000.00 | 51 | 05/01/2016 | $4,000.00 |
| 12 | 02/01/2013 | $4,000.00 | 32 | 10/01/2014 | $4,000.00 | 52 | 06/01/2016 | $4,000.00 |
| 13 | 03/01/2013 | $4,000.00 | 33 | 11/01/2014 | $4,000.00 | 53 | 07/01/2016 | $4,000.00 |
| 14 | 04/01/2013 | $4,000.00 | 34 | 12/01/2014 | $4,000.00 | 54 | 08/01/2016 | $4,000.00 |
| 15 | 05/01/2013 | $4,000.00 | 35 | 01/01/2015 | $4,000.00 | 55 | 09/01/2016 | $4,000.00 |
| 16 | 06/01/2013 | $4,000.00 | 36 | 02/01/2015 | $4,000.00 | 56 | 10/01/2016 | $4,000.00 |
| 17 | 07/01/2013 | $4,000.00 | 37 | 03/01/2015 | $4,000.00 | 57 | 11/01/2016 | $4,000.00 |
| 18 | 08/01/2013 | $4,000.00 | 38 | 04/01/2015 | $4,000.00 | 58 | 12/01/2016 | $4,000.00 |
| 19 | 09/01/2013 | $4,000.00 | 39 | 05/01/2015 | $4,000.00 | 59 | 01/01/2017 | $2,277.44 |
| 20 | 10/01/2013 | $4,000.00 | 40 | 06/01/2015 | $4,000.00 | 60 |  |  |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

IN RE: **William Cora**  
**Sharon V Cora**

CASE NO. **12-10332**

CHAPTER **13**

## Certificate of Service

I, Dax B. Grantham, counsel for the Debtor(s), hereby certify that on the date indicated below that I served a copy of the foregoing document, including any attachments, upon the parties listed below by first class mail, postage prepaid, and via ECF, if that party is so designated.

Date: **12/14/2012**

**/s/ Dax Grantham**
**Dax Grantham**
Attorney for the Debtor(s)

American Express
American Express Special Research
PO Box 981540
El Paso, TX 79998

Chase Manhattan Mortgage
Attn; Bankruptcy Dept
PO Box 24696
Columbus, OH 43224

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Asset Acceptance Llc
Attn: Bankruptcy
PO Box 2036
Warren, MI 48090

Citizens Bank
480 Jefferson Blvd
RJE 135
Warwick, RI 02886

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Bank Of America
c/o FIA Card Services
PO Box 15102
Wilmington, DE 19886

Dept Of Ed/sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

MA Dept of Revenue
Bankrutpcy Unit
PO Box 9564
Boston, MA 02204-7605

Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

Discover Fin
Attention:  Bankruptcy Department
PO Box 3025
New Albany, OH 43054

Visa Dept. Stores
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040

Carolyn Bankowski
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

William Cora
110 Hamilton Street
Dorchester, MA 02125

Chase
201 N. Walnut St//de1-1027
Wilmington, DE 19801

Fidelity Investments